IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KELVIN BROWN,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-5257

Opinion filed March 4, 2015.

An appeal from an order of the Circuit Court for Leon County.
Terry P. Lewis, Judge.

Kelvin Brown, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, CLARK, and WETHERELL, JJ., CONCUR.